NUMBER 13-00-246-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




GARY
ORTEGA, Appellant, 



v.





THE STATE OF TEXAS, Appellee. 

____________________________________________________________________




On appeal from the 156th District Court

of
Live Oak
 County, Texas.

____________________________________________________________________




O P I N I O N

Before Chief Justice Seerden and Justices Dorsey and Rodriguez 

Opinion Per
Curiam 



Appellant, GARY ORTEGA, perfected an appeal from a judgment
entered by the 156th District Court of Live Oak County, Texas,
in cause number K-98-0012-SF. After the record and briefs were
filed, appellant filed a motion to dismiss the appeal. In the motion, appellant
states that he no longer wishes to prosecute this appeal. Appellant requests
that this Court dismiss the appeal. 

The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted.
Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 8th day of June, 2000.